# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JABBAR M.A. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CV418-174
)
LT. OBERLANDER, *et al.*, )
)
    Defendants. )

## ORDER

Plaintiff having failed to timely file his Amended Complaint compliant with the pleading standard set forth in Fed. R. Civ. P. 8, the Court recommended that Williams' case be dismissed without prejudice. Doc. 10; *see* doc. 9 at 3-5 (Order warning of dismissal if he failed to timely return his sixth amended complaint). Crediting Williams' explanation that he did not receive a copy of the Court's order directing that amendment (doc. 11), the Court's Recommendation that the case be dismissed on inactivity grounds is **VACATED**. Plaintiff is **ORDERED** to file his amended complaint complying with Rule 8 **within 14 days of service of this order** or face a recommendation of dismissal for failure to comply with a Court order. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c).; *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have

the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). The Clerk is further **DIRECTED** to enclose an additional copy of this Court's Order instructing plaintiff on the pleading requirements of federal court (doc. 9).

**SO ORDERED**, this 6th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA