IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JABBAR M.A. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-174
)
CHATHAM COUNTER NARCOTICS TEAM, )
et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 14.) After careful review, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Legal Aid and Financial Resources (Doc. 3) and Motion for Declaratory Judgment (Doc. 4) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA